GAS 245D          (Rev. 09/11) Judgment in a Criminal Case for Revocations
                  Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:34 am, Jun 26, 2020

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>Reuban Bashan Herrington ) | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:    2:13CR00043-1<br><br>USM Number:    17150-021<br><br>Adrienne Browning<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violations of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | September 20, 2019 |
| 2 | The defendant failed to abide by the conditions of the imposed curfew (special condition). | September 20, 2019 |

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 1135

Defendant's Year of Birth: 1969

City and State of Defendant's Residence:

Los Angeles, California

June 25, 2020
Date of Imposition of Judgment

_____
Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 25, 2020
Date

GAS 245D          (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT:          Reuban Bashan Herrington
CASE NUMBER:        2:13CR00043-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | The defendant left the judicial district without the permission of the court or probation officer (standard condition). | March 7, 2020 |
| 4 | The defendant failed to notify the probation officer at least ten days prior to a change in residence or employment (standard condition). | November 2019 |

245D

GAS 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations

DEFENDANT:          Reuban Bashan Herrington
CASE NUMBER:        2:13CR00043-1

# IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>7 months.</u>

☒     The court makes the following recommendations to the Bureau of Prisons:
     It is recommended, to the extent possible, that the defendant be designated to a federal facility in California.

☒     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

     ☐     at            ☐     a.m.   ☐    p.m.   on                 .

     ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐     before 2 p.m. on               .

     ☐     as notified by the United States Marshal.

     ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on                        to                               

at                              , with a certified copy of this judgment.

                                                      UNITED STATES MARSHAL

                            By                                                               
                                                      DEPUTY UNITED STATES MARSHAL